■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ALCIDE, Appellant. [992 NYS2d 442]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 1, 2012 (*People v Alcide*, 95 AD3d 897 [2012]), affirming a judgment of the Supreme Court, Kings County, rendered December 12, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Chambers, Austin and Roman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL COSME, Appellant. [992 NYS2d 442]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Tomei, J.), imposed January 23, 2013, upon his conviction of robbery in the first degree, upon a jury verdict, after remittitur from this Court for resentencing (*see People v Cosme*, 99 AD3d 940 [2012]), the resentence being a determinate prison term of 12 years, to be followed by five years of postrelease supervision.

Ordered that the resentence is affirmed.

The resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Balkin, J.P., Leventhal, Maltese and Barros, JJ., concur.